**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**DEC 15 2003**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

RAUL CHAVEZ,

      Plaintiff-Appellant,

v.

COUNTY OF BOULDER;
CHRISTINE HIGHMAN; VIRGINIA
CREE; BOULDER COUNTY
DEPARTMENT OF SOCIAL
SERVICES,

      Defendants-Appellees.

No. 03-1316
(District of Colorado)
(D.C. No. 03-M-40 (CBS))

**ORDER AND JUDGMENT**[*]

Before **SEYMOUR**, **MURPHY**, and **O'BRIEN**, Circuit Judges.

After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

---

[*]This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

Raul Chavez appeals the district court's dismissal of his civil rights complaint. In his complaint, Chavez sought relief from state court orders requiring him to pay foster care fees and from a wage garnishment for the payment of such fees. The state court order to pay foster care fees was made pursuant to Colo. Rev. Stat. §§ 19-1-115(4)(d) and 19-2-114, to defray the costs associated with the granting of temporary custody of Chavez's two minor sons to Boulder County Social Services following delinquency proceedings. The district court dismissed Chavez's complaint pursuant to *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923) and *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983), noting that under the *Rooker-Feldman* doctrine, it had no jurisdiction to review the state court orders placed at issue by Chavez's complaint.

Upon review of the district court's order, the parties' briefs and contentions on appeal, and the entire appellate record, this court **AFFIRMS** for substantially those reasons set out in the district court's order of dismissal dated June 12, 2003.

ENTERED FOR THE COURT


Michael R. Murphy
Circuit Judge